UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSHAWN LYNCH,

                              Plaintiff,

              -against-                                    25-CV-03427 (MMG)

SHARKNINJA, INC. and SHARK NINJA                          **ORDER**
OPERATING LLC,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2025

MARGARET M. GARNETT, United States District Judge:

      This recently-removed action has been assigned to the undersigned.  It is hereby
ORDERED that, within thirty (30) days of this order (*i.e*, by **May 30, 2025**) the parties must
meet and confer for at least one hour in a good-faith attempt to settle this action.  To the extent
the parties are unable to settle the case themselves, they must also discuss whether further
settlement discussions through the district's court-annexed mediation program or before a
magistrate judge would be productive at this time.

      It is FURTHER ORDERED that by **June 13, 2025**, the parties must submit a joint letter
informing the Court whether the parties have settled.  If the parties do not reach a settlement, the
parties shall in the joint letter request that the Court either (1) refer the case to mediation or to a
Magistrate Judge for a settlement conference (and indicate a preference between the two
options), or (2) proceed with an initial status conference.  Should the parties request an initial
status conference, the Court will enter an order setting a date for the conference and a deadline
for the parties to submit a proposed Civil Case Management Plan and Scheduling Order.


Dated:  April 30, 2025
        New York, New York

                                        SO ORDERED.

                                        MARGARET M. GARNETT
                                        United States District Judge